# Court of Appeals
# of the State of Georgia

ATLANTA,   September 09, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0008.  SAID MOBIN v. THE STATE.**

Said Mobin is under indictment in Columbia County for perjury and child abandonment.  In July 2015, the trial court found that Mobin was not competent to stand trial and ordered him remanded to the custody of the Georgia Department of Behavioral Health and Developmental Disabilities.  The next month, the trial court issued an order directing the staff at the hospital in which Mobin is housed to take any reasonable and necessary means to ensure that he receives medication necessary to restore him to competency.  Mobin has filed a pro se direct appeal from this order.  We lack jurisdiction for two reasons.

First, Mobin's pro se notice of appeal is a nullity because he currently is represented by counsel in this action and thus may not attempt to represent himself. See *Tolbert v. Toole*, 296 Ga. 357, 361-363 (3) (767 SE2d 24) (2014); *Jacobsen v. Haldi*, 210 Ga. App. 817, 818-819 (1) (437 SE2d 819) (1993).

Second, because the charges against Mobin remain pending below, he was required to use the interlocutory appeal procedures—including obtaining a certificate of immediate review from the trial court—to appeal the court order designated in his notice of appeal.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989).  His failure to do so deprives us of jurisdiction over his appeal. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

For both of the above reasons, Mobin's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* <u>     09/09/2015     </u>
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*